IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 2:25-cv-02047-MSN-cgc

FAYETTE COUNTY, TENNESSEE,
and THE FAYETTE COUNTY BOARD
OF COUNTY COMMISSIONERS

    Defendants.

## ORDER GRANTING DEFENDANT'S MOTION TO STAY

Before the Court is Defendant Fayette County, Tennessee's Motion to Stay the Case (ECF No. 31, "Motion"), filed April 23, 2025. At the April 24, 2025 Scheduling Conference, the Government consented to the requested stay.

For good cause shown and in the interest of judicial economy and intergovernmental comity, the Motion is hereby **GRANTED**. All proceedings in this matter are **STAYED** for 150 days from the date of this Order, pending the completion of Fayette County's 2025 redistricting process.

The parties are **ORDERED** to file a joint status report every 30 days from the date of this Order and/or upon the adoption of a new redistricting plan, whichever occurs first.

**IT IS SO ORDERED**, this 24th day of April, 2025.

                                                          *s/ Mark S. Norris*
                                                          MARK S. NORRIS
                                                          UNITED STATES DISTRICT JUDGE