IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:25-cv-02047-MSN-cgc |
| | ) |
| FAYETTE COUNTY, TENNESSEE; | ) |
| and THE FAYETTE COUNTY BOARD | ) |
| OF COUNTY COMMISSIONERS, | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

The United States moves for an Order Substituting Counsel, such that James T. Tucker, Trial Attorney with the U.S. Department of Justice, be substituted as Lead Counsel for the United States, and that Jacki Anderson and Tharuni Jayaraman be withdrawn as counsel and removed from the serving distribution list in this matter. Mr. Tucker's application for admission to the Western District of Tennessee will be filed shortly. Sarah Pazar Williams, Assistant United States Attorney, also remains on as counsel for the United States. Through their counsel, Defendants do not object to this relief.

| | |
|---|---|
| JOSEPH C. MURPHY, JR.<br>Interim United States Attorney<br>Western District of Tennessee | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>R. TAMAR HAGLER<br>Chief<br><br>TIMOTHY F. MELLETT<br>Deputy Chief |
| /s/ *Sarah Pazar Williams*<br>SARAH PAZAR WILLIAMS (TN Bar No. 031261)<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Tennessee<br>167 North Main Street, Suite 800<br>Memphis, Tennessee 38103<br>(901) 544-4231<br>sarah.williams2@usdoj.gov | /s/ *Tharuni Jayaraman*<br>JACKI ANDERSON (DC Bar No. 1531821)<br>THARUNI JAYARAMAN (DC Bar No. 230865)<br>JAMES T. TUCKER (DC Bar No. 90010157)*<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>(202) 307-2767<br>jacki.anderson@usdoj.gov<br>tharuni.jayaraman@usdoj.gov<br>james.t.tucker@usdoj.gov |

*Attorneys for the United States of America*

\* Application for admission forthcoming

1

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), the undersigned certifies that on May 8, 2025, Tharuni Jayaraman, counsel for the United States, consulted with James I. Pentecost, counsel for Defendants, via telephone regarding the relief sought. Mr. Pentecost conveyed that Defendants do not object to relief sought.

                          */s/ Tharuni Jayaraman*
                          Tharuni Jayaraman

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record in this case.

                                                                 */s/ Tharuni Jayaraman*
                                                              THARUNI JAYARAMAN