IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-02047-MSN-cgc |
| | ) | |
| FAYETTE COUNTY, TENNESSEE; | ) | |
| and THE FAYETTE COUNTY BOARD | ) | |
| OF COUNTY COMMISSIONERS, | ) | |
| | ) | |
| Defendants. | ) | |

## THE PARTIES' JOINT 30-DAY STATUS UPDATE

Pursuant to the Court's Order dated April 24, 2025, (Dkt. 33), the Parties submit this 30-day status update regarding Fayette County's redistricting efforts. Pursuant to the Resolution of Fayette County, the County Mayor appointed the Redistricting Committee which is tasked with leading the redistricting process and to report to the full Fayette County Commission. Pursuant to public notice the redistricting committee has since convened and held two public meetings to begin its work. At its second meeting on May 21, 2025 the Redistricting Committee voted to recommend a single map to the Fayette County Commission. The Parties will continue to update the Court in accordance with the Court Order dated April 24, 2025.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/James I. Pentecost

|  | James I. Pentecost (#11640) |
|---|---|
|  | Haynes T. Russell (#036923) |
|  | Attorneys for Defendants |
|  | 162 Murray Guard Drive, Suite B |
|  | Jackson, Tennessee 38305 |
|  | 731-668-5995 (T) |
|  | 731-668-7163 (F) |
|  | jpentecost@pgtfirm.com |
|  |  |
|  | s/ Jason B. Torchinsky |
|  | Jason B. Torchinsky |
|  | *Admitted pro hac vice |
|  | Attorney for Defendants |
|  | HOLTZMAN VOGEL BARAN |
|  | TORCHINSKY & JOSEFIAK, PLLC |
|  | 2300 N Street NW |
|  | Suite 643 |
|  | Washington, DC 20037 |
|  | (202) 737-8808 |
|  | jtorchinsky@holtzmanvogel.com |
| JOSEPH C. MURPHY, JR. | HARMEET K. DHILLON |
| Interim United States Attorney | Assistant Attorney General |
| Western District of Tennessee | Civil Rights Division |
|  |  |
|  | MAUREEN S. RIORDAN |
|  | Acting Chief, Voting Section |
|  |  |
|  | TIMOTHY F. MELLETT |
|  | Deputy Chief, Voting Section |
|  |  |
| /s/ Sarah Pazar Williams | /s/ James Tucker |
| SARAH PAZAR WILLIAMS (TN Bar No. 031261) | JAMES T. TUCKER (DC Bar No. 90010157) |
| Assistant United States Attorney | Attorney, Voting Section |
| United States Attorney's Office | Civil Rights Division |
| Western District of Tennessee | U.S. Department of Justice |
| 167 North Main Street, Suite 800 | 950 Pennsylvania Avenue NW |
| Memphis, Tennessee 38103 | Washington, DC 20530 |
| (901) 544-4231 | (202) 307-2767 |
| sarah.williams2@usdoj.gov | james.t.tucker@usdoj.gov |

*Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document (Proposed Order Granting Motion to Stay) was served via US District Court ECF system upon:

James I. Pentecost (#11640)
Haynes T. Russell (#036923)
Attorneys for Defendants
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
731-668-5995 (T)
731-668-7163 (F)
jpentecost@pgtfirm.com

Jason B. Torchinsky
*Admitted pro hac vice*
Attorney for Defendants
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com

| | |
|---|---|
| JOSEPH C. MURPHY, JR.<br>Interim United States Attorney<br>Western District of Tennessee | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>MAUREEN S. RIORDAN<br>Acting Chief, Voting Section<br><br>TIMOTHY F. MELLETT<br>Deputy Chief, Voting Section |

| | |
|---|---|
| /s/ *Sarah Pazar Williams* | /s/ *James Tucker* |
| SARAH PAZAR WILLIAMS (TN Bar No. 031261) | JAMES T. TUCKER (DC Bar No. 90010157) |
| Assistant United States Attorney | Attorney, Voting Section Civil Rights Division |
| United States Attorney's Office Western District of Tennessee | U.S. Department of Justice 950 Pennsylvania Avenue NW |
| 167 North Main Street, Suite 800 Memphis, Tennessee 38103 | Washington, DC 20530 (202) 307-2767 james.t.tucker@usdoj.gov |
| (901) 544-4231 sarah.williams2@usdoj.gov | |

on or before the filing date thereof.

DATE: This the 27th day of May, 2025.

By: s/ Jason B. Torchinsky
Jason B. Torchinsky