IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-02047-MSN-cgc |
| | ) | |
| FAYETTE COUNTY, TENNESSEE; | ) | |
| and THE FAYETTE COUNTY BOARD | ) | |
| OF COUNTY COMMISSIONERS, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)**

The parties hereby stipulate to the dismissal of the United States' claims in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). That rule provides that "the plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). Counsel for all parties have agreed to the dismissal.

This is a civil action brought by the Attorney General on behalf of the United States pursuant to Section 2 of the Voting Rights Act, 52 U.S.C. § 10301, filed by the Attorney General on January 15, 2025.

After filing its Answer and Affirmative Defenses in response to the Complaint, *see* Doc. 25, on April 23, 2025, Defendant Fayette County ("Fayette County") filed a Motion to Stay after the Fayette County Board of County Commissioners announced a "redistricting process… to reconsider and replace the map at issue in this litigation." Def. Fayette Cty.'s Mot. to Stay the Case, Doc. 31 at 1. Fayette County requested the Court "stay all proceedings in this matter

pending the completion of Fayette County's 2025 redistricting process for up to 150 days." *Id.* at 6. At the Scheduling Conference on April 24, 2025, the Court granted Fayette County's Motion. *See* Order Granting Def.'s Mot. to Stay, Doc. 33.

On June 24, 2025, the Fayette County Board of County Commissioners adopted a new redistricting plan that "replace[d]" the 2021 County Commission Plan ("2025 County Commission Plan"). Attach. A, A Resolution to Adopt a Voting District Plan for the County Commission of Fayette County, Tennessee at 1. The 2025 County Commission Plan remedies deficiencies that the United States alleged were present in the 2021 County Commission Plan.

Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal of the Complaint.

Respectfully submitted,

For the United States of America:

| | |
|---|---|
| JOSEPH C. MURPHY, JR.<br>Interim United States Attorney<br>Western District Of Tennessee | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| | MICHAEL E. GATES<br>Deputy Assistant<br>Attorney General |
| /s/ *Sarah Pazar Williams*<br>SARAH PAZAR WILLIAMS (TN Bar No. 031261)<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District Of Tennessee<br>167 North Main Street, Suite 800<br>Memphis, Tennessee 38103<br>(901) 544-4231<br>sarah.williams2@usdoj.gov | /s/ *James Thomas Tucker*<br>MAUREEN RIORDAN<br>Acting Chief, Voting Section<br>TIMOTHY F. MELLETT<br>JAMES T. TUCKER (DC Bar No. 90010157)<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department Of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>(202) 307-2767<br>james.t.tucker@usdoj.gov |
| | *Attorneys for the United States of America* |

For the Defendants:

PENTECOST, GLENN & TILLY, PLLC

 By: s/James I. Pentecost
James I. Pentecost (#11640)
Haynes T. Russell (#036923)
Attorneys for Defendants
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
731-668-5995 (T)
731-668-7163 (F)
jpentecost@pgtfirm.com

s/ Jason B. Torchinsky
Jason B. Torchinsky
*Admitted pro hac vice*
Attorney for Defendants
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street NW
Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record in this case.

                                                         */s/ James Thomas Tucker*
                                                        JAMES THOMAS TUCKER