IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 2:25-cv-02047-MSN-cgc

FAYETTE COUNTY, TENNESSEE,
and THE FAYETTE COUNTY BOARD
OF COUNTY COMMISSIONERS

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed January 15, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal Pursuant to Rule 41(a) (ECF No. 41), filed July 17, 2025, this matter is hereby **DISMISSED**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

July 21, 2025
Date